# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | |
|---|---|
| United States of America<br>v.<br>__Brandon Lloyd__<br>*Defendant* | ) Case No. 2:20-mj-___<br>)<br>) Charging District: District of Idaho<br>) Charging District's Case No. 1:20-cr-18-BLW |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court<br>550 W. Fort Street<br>Boise, ID 83724 | Courtroom No.: |
|---|---|
| | Date and Time: April 21, 2020, 11:00 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: March 16, 2020

_____
*Judge's signature*

DANIEL J. ALBEGTS, U.S. MAGISTRATE JUDGE
*Printed name and title*

Received MAR 16 — Clerk US District Court, District of Nevada